Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NOVARTIS PHARMACEUTICALS CORPORATION

    Plaintiff

vs.

DIANA ESPINOSA, et al

    Defendant

Civil No.     21-1479     (DLF)

Category     E

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __6/7/2021__ from __Judge Christopher R. Cooper__ to __Judge Dabney L. Friedrich__ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Christopher R. Cooper  & Courtroom Deputy
     Judge Dabney L. Friedrich    & Courtroom Deputy
     Liaison, Calendar and Case Management Committee